1448

[Cite as *5/13/2002 Case Announcements,* 2002-Ohio-2239.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 13, 2002*

## MOTION AND PROCEDURAL RULINGS

2001–1403. State v. LaSalle.
Summit App. No. 20488. This cause is pending before the court on the certification of conflict by the Court of Appeals for Summit County. Upon consideration of the joint motion for amicus curiae, Attorney General of Ohio, to participate and present oral argument scheduled for May 22, 2002, on behalf of appellant,

IT IS ORDERED by the court that the motion for amicus curiae, Attorney General of Ohio, to participate in oral argument be, and hereby is, granted, and amicus curiae may present oral argument on behalf of appellant.

## MISCELLANEOUS DISMISSALS

2002–0557. State ex rel. Mayo v. Eighth Dist. Court of Appeals.
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

2002–0565. State ex rel. Tripplett v. Vivo.
In Mandamus.

